UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| JAMES YOUNG AND JEFFREY YOUNG,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED SERVICES AUTOMOBILE ASSOCIATION,<br><br>Defendant.<br><br>, | Case No. CV-20-84-GF-JTJ<br><br><br><br><br>JUDGMENT IN A CIVIL CASE |

 **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 __X__ **Decision by Court.** This action came before the Court for a determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED:

1. USAA's Motion to Dismiss for Lack of Subject Matter Jurisdiction (Doc. 8) is GRANTED.

2. The preliminary pretrial conference previously scheduled for January 20, 2021, is VACATED.

3. This case is DISMISSED without prejudice.

4. The Clerk is directed to enter judgment accordingly.

Dated this 14th of January, 2021.

                TYLER P. GILMAN, CLERK

                By: /s/ Traci Orthman

                Traci Orthman, Deputy Clerk